Christopher M. McDermott ( SBN 253411)
cmcdermott@piteduncan.com
Gregory P. Campbell (SBN 281732)
gcampbell@piteduncan.com
**PITE DUNCAN, LLP**
4375 Jutland Drive, Suite 200
P.O. Box 17933
San Diego, CA 92177-0933
Telephone: (858) 750-7600
Facsimile:  (619) 590-1385

Attorneys for *Defendant* Bank of America, National Association, PNC Mortgage, A Division of PNC Bank, NA, and Pite Duncan, LLP

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA DIVISION

| | |
|---|---|
| In re<br><br>MARSHALL SAMUEL SANDERS,<br><br>Debtor. | Case No. 8:14-bk-11663-ES<br><br>Chapter 11<br><br>Adv. Case No. 8:14-ap-01109-ES |
| MARSHALL SAMUEL SANDERS,<br><br>Plaintiff,<br><br>vs.<br><br>BANK OF AMERICA; PNC BANK; AND PITE DUNCAN,<br><br>Defendants. | **NOTICE OF MOTION TO DISMISS COMPLAINT FOR FAILURE TO STATE A CLAIM UPON WHICH RELIEF CAN BE GRANTED OR, IN THE ALTERNATIVE, FOR SUMMARY JUDGMENT**<br><br>**Hearing**:<br>Date:   July 31, 2014<br>Time:  2:00 p.m.<br>Ctrm:   5A |

**TO ALL INTERESTED PARTIES**:

**PLEASE TAKE NOTICE** that, on July 31, 2014, at 2:00 p.m., or as soon thereafter as the parties may be heard, in Courtroom 5A of the above-entitled Court, located at Ronald Reagan Federal Building, 411 West Fourth Street, Santa Ana, CA 92701-4593, there will be a hearing on *Defendants* Bank of America, National Association ("BofA"), PNC Mortgage, A Division of PNC Bank, NA ("PNC"), and Pite Duncan, LLP ("Pite Duncan") (collectively the "Defendants") Motion to Dismiss Complaint for Failure to State a Claim Upon Which Relief can be Granted Or, In the

- 1 -    CASE NO. 8:14-ap-01109-ES
**NOTICE OF MOTION TO DISMISS COMPLAINT**

1  Alternative for Summary Judgment ("<u>Motion</u>"), which is brought pursuant to Rule 12 of the Federal

2  Rules of Civil Procedure,[1] before the Honorable Erithe A. Smith.

3  **PLEASE TAKE FURTHER NOTICE** that, pursuant to Local Bankruptcy Rule 9013- 1(f),

4  any party opposing the Motion must file and serve a written opposition at least fourteen (14) days

5  before the hearing date designated herein. **THE COURT MAY DEEM A FAILURE TO**

6  **TIMELY FILE AN OPPOSITION AS CONSENT TO THE GRANTING OF THE MOTION**.

7  The Motion is based on the Motion, Memorandum of Points and Authorities, and Request for

8  Judicial Notice filed concurrently herewith, the pleadings and papers on file herein, and upon such

9  oral and documentary evidence as may be presented by the parties at the hearing.

**PITE DUNCAN, LLP**

Dated: May 6, 2014

/s/ *Gregory P. Campbell*_____
GREGORY P. CAMPBELL
Attorneys for *Defendant* Bank of America, National Association, PNC Mortgage, A Division of PNC Bank, NA, and Pite Duncan, LLP

---

[1] As made applicable to this case by Rule 7012 of the Federal Rules of Bankruptcy Procedure.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 4375 Jutland Drive, Suite 200, San Diego, CA 92117.

A true and correct copy of the foregoing document entitled: Notice of Motion to Dismiss Complaint for Failure to State a Claim upon which Relief can be Granted or, in the Alternative, for Summary Judgment  will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On May 6, 2014, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- **United States Trustee**: ustpregion16.sa.ecf@usdoj.gov

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On May 6, 2014, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

- **Plaintiff**: Marshall Samuel Sanders, 1621 Kensing Ln, Santa Ana, CA 92705
- Hon. Erithe A. Smith, Ronald Reagan Federal Building and Courthouse, 411 West Fourth Street, Suite 5040 / Courtroom 5A, Santa Ana, CA 92701-4593

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| May 6, 2014 | Meliza Martinez-Meza | /s/ *Meliza Martinez-Meza* |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                                **F 9013-3.1.PROOF.SERVICE**