Christopher M. McDermott ( SBN 253411)
cmcdermott@piteduncan.com
Gregory P. Campbell (SBN 281732)
gcampbell@piteduncan.com
**PITE DUNCAN, LLP**
4375 Jutland Drive, Suite 200
P.O. Box 17933
San Diego, CA 92177-0933
Telephone: (858) 750-7600
Facsimile: (619) 590-1385

Attorneys for *Defendant* Bank of America, National Association, PNC Mortgage, A Division of PNC Bank, NA, and Pite Duncan, LLP

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA DIVISION

| | |
|---|---|
| In re<br><br>MARSHALL SAMUEL SANDERS,<br><br>Debtor and Debtor in Possession. | Chapter 11<br><br>Case No. 8:14-bk-11663-ES<br><br>Chapter 11<br><br>Adv. Case No. 8:14-ap-01109-ES |
| MARSHALL SAMUEL SANDERS,<br><br>Plaintiff,<br><br>v.<br><br>BANK OF AMERICA, NATIONAL ASSOCIATION, PNC MORTGAGE, A DIVISION OF PNC BANK, NA, AND PITE DUNCAN, LLP,<br><br>Defendants. | **UNILATERAL STATUS REPORT**<br><br>**LOCAL BANKRUPTCY RULE 7016-1(a)(3)**<br><br>**Status Hearing**:<br>Date:  June 19, 2014<br>Time:  9:30 a.m.<br>Crtm:  5A |

To the Hon. United States Bankruptcy Judge Erithe A. Smith. In accordance with Local Bankruptcy Rule ("LBR") 7016-1(a)(3), Defendants Bank of America, National Association, PNC Mortgage, A Division of PNC Bank, NA, and Pite Duncan, LLP (collectively, the "Defendants") submit the following Unilateral Status Report.

/./.../

- 1 -

**A.    PLEADINGS/SERVICE:**

1.   *Have all parties been served?* Yes

2.   *Have all parties filed and served answers to the complaint/counter-complaints/etc.?* Yes

3.   *Have all motions addressed to the pleadings been resolved?* No. Defendants have filed a 12(b)(6) motion to dismiss scheduled to be heard on July 31, 2014.

4.   *Have counsel met and conferred?* No. Parties have not met and conferred due to the Plaintiff's failure to respond.

**B.    READINESS FOR TRIAL:**

1.   *When will you be ready for trial in this case?* 11/1/2014.

2.   *If your answer to the above is more than four (4) months after the summons issued in this case, give reasons for further delay.* Pending 12(b)(6) motion. Defendant will need time to prepare for trial if Motion to Dismiss is denied.

3.   *When do you expect to complete your discovery efforts?* 10/1/2014.

4.   *What additional discovery do you require to prepare for trial?* Possible additional discovery in the form of interrogatories and depositions.

**C.    TRIAL TIME**

1.   *What is your estimate of the time required to present your side of the case at trial (including rebuttal stage if applicable)?* 1 day

2.   *How many witnesses do you intend to call at trial (including opposing parties)?* Undetermined at this time.

3.   *How many exhibits do you anticipate using at trial?* Undetermined at this time.

**D.    PRE-TRIAL CONFERENCE**

1.   *A pre-trial conference is usually conducted between a week to a month before trial, at which time a pre-trial order will be signed by the court. [See Local Bankruptcy Rule 7016-1.] If you believe that a pre-trial conference is not necessary or appropriate in this case, please so note below, stating your reasons*: Defendants requests a pre-trial conference set for after 7/31/2014.

**E.    SETTLEMENT**

1.    *What is the status of settlement efforts?* The parties have not engaged in settlement discussions pending adjudication of the 12(b)(6) Motion to Dismiss before productive settlement discussions can begin.

2.    *Has this dispute been formally mediated?* No.

3.    *Do you want this matter sent to mediation at this time?* No.

PITE DUNCAN, LLP

Dated: June 5, 2014

By: /s/ *Gregory P. Campbell*
GREGORY P. CAMPBELL
Attorneys for Defendants