Christopher M. McDermott ( SBN 253411)
cmcdermott@piteduncan.com
Gregory P. Campbell (SBN 281732)
gcampbell@piteduncan.com
**PITE DUNCAN, LLP**
4375 Jutland Drive, Suite 200
P.O. Box 17933
San Diego, CA 92177-0933
Telephone: (858) 750-7600
Facsimile:  (619) 590-1385

Attorneys for *Defendant* Bank of America, National Association, PNC Mortgage, A Division of PNC Bank, NA, and Pite Duncan, LLP

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA DIVISION

| | |
|---|---|
| In re<br><br>MARSHALL SAMUEL SANDERS,<br><br>Debtor and Debtor in Possession. | Chapter 11<br><br>Case No. 8:14-bk-11663-ES<br><br>Chapter 11<br><br>Adv. Case No. 8:14-ap-01109-ES |
| MARSHALL SAMUEL SANDERS,<br><br>Plaintiff,<br><br>v.<br><br>BANK OF AMERICA, NATIONAL ASSOCIATION, PNC MORTGAGE, A DIVISION OF PNC BANK, NA, AND PITE DUNCAN, LLP,<br><br>Defendants. | **DECLARATION IN SUPPORT OF UNILATERAL STATUS REPORT**<br><br>**LOCAL BANKRUPTCY RULE 7016-1(a)(3)**<br><br>**Status Hearing**:<br>Date:  June 19, 2014<br>Time:  9:30 a.m.<br>Crtm:  5A |

I, Gregory P. Campbell, declare under penalty of perjury as follows:

1) I am an Associate Attorney at the law firm of Pite Duncan, LLP, counsel for the above captioned Defendants ("Defendants") in this proceeding. I am a member in good standing of the State Bar of California. I have personal knowledge of the matters set forth in this declaration and if called upon to testify could and would completely testify thereto.

- 1 -

2) Local Rule 7016-1(a)(2) requires that parties file a joint status report at least 14 days before the next status conference. The 14 deadline to file the Joint Status Report is June 5, 2014. On June 2, 2014, I sent an electronic correspondence to Plaintiff, Marshall Sanders, with a draft of the proposed Joint Status Report for Plaintiff's review and execution. As of today's date, I have not received a response from Mr. Sanders on this issue. As a result, Defendants are submitting a Unilateral Status Report pursuant to Local Rule 7016-1(a)(3).

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct, executed this 5th day of June 2014, at San Diego, California.

PITE DUNCAN, LLP

Dated: June 5, 2014

By: /s/ *Gregory P. Campbell*
GREGORY P. CAMPBELL
Attorneys for Defendants

- 2 -