| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address<br>Christopher M. McDermott (SBN 253411)<br>cmcdermott@piteduncan.com<br>Gregory P. Campbell (SBN 281732)<br>gcampbell@piteduncan.com<br>PITE DUNCAN, LLP<br>4375 Jutland Drive, Suite 200<br>P.O. Box 17933<br>San Diego, CA 92177-0933<br>Telephone: (858) 750-7600<br>Facsimile: (619) 590-1385<br><br>☐ Individual appearing without attorney<br>☒ Attorney for: Bank of America, NA, PNC, Pite Duncan | FOR COURT USE ONLY |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA DIVISION**

| In re:<br><br>MARSHALL SAMUEL SANDERS<br><br><br><br>Debtor(s) | CASE NO.: 8:14-bk-11663-ES<br><br>ADVERSARY CASE NO.: 8:14-ap-01109-ES<br><br>CHAPTER: 11 |
| MARSHALL SAMUEL SANDERS<br><br><br>Plaintiff(s).<br>vs.<br><br>Bank of America, National Association, PNC Mortgage, A Division of PNC Bank, NA, and Pite Duncan, LLP<br><br>Defendant(s). | **JOINT STATUS REPORT**<br>**LBR 7016-1(a)(2)**<br><br>DATE: 06/19/2014<br>TIME: 9:30 am<br>COURTROOM: 5A<br>PLACE: 411 W. Fourth St, Santa Ana, CA 92701 |

TO THE HONORABLE UNITED STATES BANKRUPTCY JUDGE: Erithe A. Smith

The parties submit the following JOINT STATUS REPORT in accordance with LBR 7016-1(a)(2):

A. **PLEADINGS/SERVICE**:

1. Have all parties been served?    ☒ Yes  ☐ No

2. Have all parties filed and served answers to the complaint/counter-complaints/etc.?    ☒ Yes  ☐ No

3. Have all motions addressed to the pleadings been resolved?    ☐ Yes  ☒ No

4. Have counsel met and conferred in compliance with LBR 7026-1?    ☐ Yes  ☒ No

---

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2012                                          Page 1                                    F 7016-1.STATUS.REPORT

5   If your answer to any of the four preceding questions is anything <u>other</u> than an unqualified "YES," then please explain below (*or on attached page*):

Defendant has filed a 12(b)(6) motion to dismiss scheduled to be heard on July 31, 2014. Parties have not met and conferred due to the pending Motion to Dismiss, but intend to do so after the hearing.

## B.  READINESS FOR TRIAL:

1.  When will you be ready for trial in this case?

| Plaintiff | Defendant |
|---|---|
| 01/01/2015 | 11/01/2014 |

2.  If your answer to the above is more than four (4) months after the summons issued in this case, give reasons for further delay.

| Plaintiff | Defendant |
|---|---|
| Discovery essentially ignored. Plaintiff forced to use alternative means. Defendants' stall tactics force Plaintiff to seek more time to prepare. | Pending 12(b)(6) motion. Defendant will need time to prepare for trial if Motion to Dismiss is denied. |

3.  When do you expect to complete <u>your</u> discovery efforts?

| Plaintiff | Defendant |
|---|---|
| If the present roboanswers are any indication of the cooperation Plaintiff can expect, completion of discovery is not even in the realm of a guess. | 10/1/2014 |

4.  What additional discovery do you require to prepare for trial?

| Plaintiff | Defendant |
|---|---|
| Consideration for the Assignment by BOA to PNC; the wire transfer from whom to whom at loan funding; interrogatories and depositions. | Possile addtional discovery in the form of interrogatories and depositions. |

## C.  TRIAL TIME:

1.  What is your estimate of the time required to present <u>your side of the case</u> at trial (*including rebuttal stage if applicable*)?

| Plaintiff | Defendant |
|---|---|
| 1 week, minimum. Plaintiff intends to call dozens of government regulatory agency and PNC/BOA whistleblowers, forensic document examiners, | 1 day |

2.  How many witnesses do you intend to call at trial (*including opposing parties*)?

| Plaintiff | Defendant |
|---|---|
| 30 to 40. | 2-3 |

3.  How many exhibits do you anticipate using at trial?

| Plaintiff | Defendant |
|---|---|
| 100-5000. | 1-10 |

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2012                               Page 2                          F 7016-1.STATUS.REPORT

D.  **PRETRIAL CONFERENCE:**

A pretrial conference is usually conducted between a week to a month before trial, at which time a pre-trial order will be signed by the court. [See LBR 7016-1.] If you believe that a pre-trial conference is not necessary or appropriate in this case, please so note below, stating your reasons:

<table>
<tr><td align="center">Plaintiff</td><td align="center">Defendant</td></tr>
<tr><td>Pretrial conference ☐ is ☒ is not requested</td><td>Pretrial conference ☒ is ☐ is not requested</td></tr>
<tr><td>Reasons:<br>This case funnels directly behind the vein of<br>cases that have pummeled BOA/PNC.</td><td>Reasons:</td></tr>
</table>

<table>
<tr><td align="center">Plaintiff</td><td align="center">Defendant</td></tr>
<tr><td>Pretrial conference should be set <u>after</u>:</td><td>Pretrial conference should be set <u>after</u>:</td></tr>
<tr><td>(date) _____</td><td>(date) _07/31/2014_____</td></tr>
</table>

E.  **SETTLEMENT:**

1.  What is the status of settlement efforts?
    Defendant: the parties have not engaged in settlement discussions pending adjudication of the 12(b)(6) Motion to Dismiss before productive settlement discussions can begin. Plaintiff: Always willing to discuss, mediate, modify, or anything else that is reasonable, BUT, opposition's agenda has not made ANY atttempt to communicate or offer up a compromise. Defendants are driving up costs ultimately borne by Plaintiff.

2.  Has this dispute been formally mediated?      ☐ Yes   ☒ No
    If so, when?
    Plaintiff made a request to the U.S. Trustee, Nancy Goldenberg, for mediation only to be advised that she knew of no such program. Plaintiff stands ready, willing and able to mediate.

3.  Do you want this matter sent to mediation at this time?

<table>
<tr><td align="center">Plaintiff</td><td align="center">Defendant</td></tr>
<tr><td>☒ Yes   ☐ No</td><td>☐ Yes   ☒ No</td></tr>
</table>

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

F.  **ADDITIONAL COMMENTS/RECOMMENDATIONS RE TRIAL:** (*Use additional page if necessary*)

Plaintiff: The Court must be made aware, which it has not been by opposition counsel or Bank of America or PNC Bank, that beginning in 2008, Plaintiff sought a loan modification only to be rebuffed because Plaintiff was not in default. Subsequently, rather than post Plaintiff's October 2009 regular monthly mortgage payment, PNC placed the payment in suspense, and only posted the payment in February 2010, five (5) months late and after it was originally due. NOW, Plaintiff was in default! Unfettered discretion has its rewards, even if they are freakish in practice and diabolical in application and outcome. Many bona fide complete loan modification packages likely ended their lives in round files. But since the enactment of the California Homeowner's Bill of Rights, at least one (1) complete loan modification package has been acknowledged (orally) as having been with the credit analyst/underwriter since April 24, 2014, with a 30-day decision having come and gone...long gone. Once again, unfettered discretion and NOTHING EVER IN WRITING has its rewards. FOR THE BANK, not for Plaintiff. It doesn't seem to matter what Plaintiff does, nothing happens. If anyone is wasting the Court's resources it is Defendants, since Defendants originally received Relief from Stay in 2010 and could've and should've slam dunked Plaintiff unmercilessly down the foreclosure hoop, but instead, sat, and sat, and sat, only now waking up and once again WASTING THE COURT'S/PUBLIC'S RESOURCES A SECOND TIME!

Respectfully submitted.

Date: 06/05/2014                                   Date: 06/0Z/2014

_____                          Pite Duncan, LLP
Printed name of law firm                           Printed name of law firm

_____                          _____
Signature                                          Signature

Marshall Samuel Sanders                            Gregory P. Campbell
Printed name                                       Printed name

Attorney for: n/a                                  Attorney for: Defendants BofA, PNC, Pite Duncan

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California

December 2012                           Page 4                           F 7016-1.STATUS.REPORT

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

4375 Jutland Drive, Suite 200, P.O. Box 17935, San Diego, CA 92117

A true and correct copy of the foregoing document entitled: **JOINT STATUS REPORT LBR 7016-1(a)(2)** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 06/06/2014   , I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

United States Trustee: ustpregion16.sa.ecf@usdoj.gov

☐ Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL**:
On (*date*)  06/06/2014   , I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

• Plaintiff: Marshall Samuel Sanders, 1621 Kensing Ln, Santa Ana, CA 92705
• Hon. Erithe A. Smith, Ronald Reagan Federal Building and Courthouse, 411 West Fourth Street, Suite 5040 / Courtroom 5A, Santa Ana, CA 92701-4593

☐ Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 06/06/2014 | Meliza Martinez-Meza | /s/ Meliza Martinez-Meza |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

---

This form is optional.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.