**ORIGINAL**

Marshall Samuel Sanders
1621 Kensing Lane
Santa Ana, CA 92705-3074
Telephone: (714) 665-8012
E-mail: marshallssanders@yahoo.com

FILED JUL 22 2014
CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY: Deputy Clerk

ENTERED JUL 23 2014
CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY: Deputy Clerk

LODGED JUL 15 2014
CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY: Deputy Clerk

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA
### SANTA ANA DIVISION

| | |
|---|---|
| In Re:<br><br>Marshall Samuel Sanders, an individual,<br><br>Debtor and Debtor-in-Possession. | Case No.: 8:14-bk-11663-EAS |
| Marshall Samuel Sanders,<br><br>Plaintiff,<br><br>vs.<br><br>Bank of America, PNC Bank, Pite Duncan,<br><br>and Does I-M,<br><br>Defendants. | Adversary Case No.: 8:14-ap-01109-EAS<br><br>ORDER DISMISSING ADVERSARY PROCEDING WITHOUT PREJUDICE. |

After considering the voluntary request for dismissal filed by Plaintiff MARSHALL SAMUEL SANDERS and for a good cause stated,

IT IS HEREBY ORDERED that the above-captioned adversary proceeding is dismissed in its entirety without prejudice, *pursuant to FRCP 41(a)(1)(A)(i).*

7/22/14

-1-

ORDER DISMISSING ADVERSARY PROCEEDING WITHOUT PREJUDICE