United States Bankruptcy Court
Central District of California

Sanders,
    Plaintiff

Adv. Proc. No. 14-01109-ES

Bank of America,
    Defendant

## CERTIFICATE OF NOTICE

District/off: 0973-8      User: rreidC      Page 1 of 1      Date Rcvd: Jul 23, 2014
                       Form ID: pdf031     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 25, 2014.
dft        +PNC Mortgage, A Division of PNC Bank, NA,,   c/o Pite Duncan, LLP,
           4375 Jutland Drive, Suite 200,   P.O. Box 17935,   San Diego, CA 92177-7923

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                                           TOTAL: 0

               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
dft            Bank of America
pla            Marshall Samuel Sanders
dft            PNC Bank
dft            Pite Duncan
                                                                                                                         TOTALS: 4, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 25, 2014                                       Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 23, 2014 at the address(es) listed below:
           Greg P Campbell    on behalf of Defendant    Bank of America ecfcacb@piteduncan.com, gc@ecf.inforuptcy.com
           Greg P Campbell    on behalf of Defendant    Pite Duncan ecfcacb@piteduncan.com, gc@ecf.inforuptcy.com
           Greg P Campbell    on behalf of Defendant    PNC Mortgage, A Division of PNC Bank, NA, ecfcacb@piteduncan.com,  gc@ecf.inforuptcy.com
           United States Trustee (SA)    ustpregion16.sa.ecf@usdoj.gov
                                                                                                                     TOTAL: 4

ORIGINAL

Marshall Samuel Sanders
1621 Kensing Lane
Santa Ana, CA 92705-3074
Telephone: (714) 665-8012
E-mail: marshallssanders@yahoo.com

FILED
JUL 2 2 2014
CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY: Deputy Clerk

ENTERED
JUL 23 2014
CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY: Deputy Clerk

LODGED
JUL 15 2014
CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY: Deputy Clerk

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA
### SANTA ANA DIVISION

| | |
|---|---|
| In Re:<br><br>Marshall Samuel Sanders, an individual,<br><br>    Debtor and Debtor-in-Possession. | Case No.: 8:14-bk-11663-EAS |
| Marshall Samuel Sanders,<br><br>    Plaintiff,<br><br>    vs.<br><br>Bank of America, PNC Bank, Pite Duncan, and Does I-M,<br><br>    Defendants. | Adversary Case No.: 8:14-ap-01109-EAS<br><br>ORDER DISMISSING ADVERSARY PROCEDING WITHOUT PREJUDICE. |

After considering the voluntary request for dismissal filed by Plaintiff MARSHALL SAMUEL SANDERS and for a good cause stated,

IT IS HEREBY ORDERED that the above-captioned adversary proceeding is dismissed in its entirety without prejudice, *pursuant to FRCP 41(a)(1)(A)(i).*

7/22/14

-1-

ORDER DISMISSING ADVERSARY PROCEEDING WITHOUT PREJUDICE